FILED: July 28, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1048
(1:13-cv-01246-TSE-TRJ)
_____

DEVIL'S ADVOCATE, LLC; JOHN W. TOOTHMAN

    Plaintiffs - Appellants

v.

ZURICH AMERICAN INSURANCE COMPANY

    Defendant - Appellee

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 09/15/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk